UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CATHERINE KIOUSSIS | : | |
|     Plaintiff, | : | |
|     vs. | : | 1:19-cv-01367-JEJ |
| | : | |
| SERVICE EMPLOYEES | : | |
| INTERNATIONAL UNION LOCAL 668 | : | |
|     Defendant. | : | |

## ENTRY OF APPEARANCE

**TO THE CLERK OF COURT:**

Kindly enter my appearance as associate counsel for Defendant, Service Employees International Union, Local 668

I certify that I am admitted to practice in this court.

 

**WILLIG, WILLIAMS & DAVIDSON**

Dated: August 19, 2019     /s/ *Lauren M. Hoye*
                                          Lauren M. Hoye, Esquire
                                          PA I.D. No.: 307411
                                          1845 Walnut Street, 24th Floor
                                          Philadelphia, PA 19103
                                          Telephone: (215) 656-3687
                                          Fax: (215) 561-5135
                                          Email: lhoye@wwdlaw.com

## CERTIFICATE OF SERVICE

I, LAUREN M. HOYE, hereby certify that I have this day caused a true and correct copy of the foregoing Entry of Appearance to be served via the Court's CM/ECF upon the following:

*Counsel for Plaintiff*  Charles O. Beckley, II, Esquire
**Beckley & Madden, LLC**
212 North Third Street - Suite 301
Harrisburg, Pennsylvania 17101

**WILLIG, WILLIAMS & DAVIDSON**

Dated: August 19, 2019  /s/ *Lauren M. Hoye*
Lauren M. Hoye, Esquire
PA I.D. No.: 307411
1845 Walnut Street, 24th Floor
Philadelphia, PA 19103
Telephone: (215) 656-3687
Fax: (215) 561-5135
Email: lhoye@wwdlaw.com

*Associate Counsel for SEIU Local 668*