UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF APPLICATION FOR : CV 19-1367
ADMISSION TO PRACTICE IN THIS COURT :

## PETITION

I __William L. Messenger__, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

My office address is: National Right to Work Foundation

8001 Braddock Rd., Suite 600

Springfield, VA 22160

Office Telephone: 703.321.8510

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

See attached

My attorney Identification number is: Virginia 47179

---

FOR COURT USE ONLY

____ GENERAL ADMISSION:

GRANTED BY THE COURT: _____   Date: _____

_X_ SPECIAL ADMISSION:

GRANTED BY THE COURT [signature]   Date: 10/31/19