# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JANINE WENZIG, <br> CATHERINE KIOUSSIS | : <br> : |
| Plaintiff | :    CIVIL ACTION NO. 1:19-1367 <br> : |
| v | :    (JUDGE MANNION) |
| SERVICE EMPLOYEES UNION <br> LOCAL 668, | : <br> : |
| Defendant | : |

## O R D E R

Presently before the court is plaintiff's amended complaint. (Doc. 16). Based upon this filing, the defendant's motion to dismiss (Doc. 12) is DISMISSED without prejudice.

*s/Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: November 4, 2019**

19-1367-03