# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JANINE WENZIG,** **CATHERINE KIOUSSIS** | : |
| | : |
| Plaintiff | : CIVIL ACTION NO. 1:19-1367 |
| | : |
| v | : |
| | : (JUDGE MANNION) |
| **SERVICE EMPLOYEES UNION LOCAL 668,** | : |
| | : |
| Defendant | : |

## O R D E R

Presently before the court is a joint motion to continue the case management conference until after the court decides the pending motion to dismiss. (Doc. 22). The motion is **DENIED**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated:   November 5, 2019**

19-1367-04