SCOTT A. KRONLAND (SBN CA171693) (*pro hac vice*)
P. CASEY PITTS (SBN CA262463) (*pro hac vice*)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064
E-mail:  skronland@altber.com
         cpitts@altber.com

LAUREN M. HOYE (SBN PA307411)
WILLIG, WILLIAMS & DAVIDSON
1845 Walnut Street, 24th Floor
Philadelphia, PA 19103
Telephone: (215) 656-3687
E-mail: lhoye@wwdlaw.com

*Attorneys for Defendant SEIU Local 668*

## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF PENNSYLVANIA

## HARRISBURG DIVISION

| | |
|---|---|
| JANINE WENZIG and CATHERINE KIOUSSIS, <br><br>             Plaintiffs, <br><br>     v. <br><br> SERVICE EMPLOYEES UNION LOCAL 668, <br><br>             Defendant. | CASE NO.: 1:19-cv-01367-MEM <br><br> **DEFENDANT SEIU LOCAL 668'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT** <br><br> Hon. Malachy E. Mannion <br><br> FAC Filed:      Oct. 28, 2019 <br> Trial Date:      Not set. |

Defendant Service Employees International Union Local 668 ("Local 668"), by its undersigned counsel, respectfully moves the Court to dismiss plaintiffs' claim against Local 668 for retrospective monetary relief under 42 U.S.C. §1983—the sole claim asserted in plaintiffs' First Amended Complaint—pursuant to Fed. R. Civ. P. 12(b)(6). Plaintiffs' claim must be dismissed for failure to state a claim because a private party like Local 668 that relied in good faith on then-valid state law that is subsequently held unconstitutional is not liable for retrospective monetary relief under §1983. At the time Local 668 received the fair-share fee payments at issue here, fair-share fee requirements were both authorized by Pennsylvania law and constitutional under controlling U.S. Supreme Court precedent. As every court to consider such a claim has held, unions that received those fees, including Local 668, are entitled to assert a good faith defense to retrospective §1983 liability as a matter of law.

Local 668's motion is based upon this motion; the memorandum of points and authorities and proposed order in support thereof; such further pleadings as may be filed in connection with this motion; and the complete files and records of the Court in this matter.

The undersigned counsel certifies, pursuant to Middle District Local Rule 7.1, that Local 668 has sought plaintiffs' concurrence in this motion, which has been denied.

Date: November 5, 2019   Respectfully Submitted,

           /s/P. Casey Pitts
           P. Casey Pitts (CA262463)

           SCOTT A. KRONLAND (*pro hac vice*)

1

P. CASEY PITTS (*pro hac vice*)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064
E-mail: skronland@altber.com
cpitts@altber.com

LAUREN M. HOYE (SBN PA307411)
WILLIG, WILLIAMS & DAVIDSON
1845 Walnut Street, 24th Floor
Philadelphia, PA 19103
Telephone: (215) 656-3687
E-mail: lhoye@wwdlaw.com

*Attorneys for Defendant SEIU Local 668*