UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF PENNSYLVANIA

HARRISBURG DIVISION

| | |
|---|---|
| JANINE WENZIG and CATHERINE KIOUSSIS,<br><br>    Plaintiffs,<br><br>   v.<br><br>SERVICE EMPLOYEES UNION LOCAL 668,<br><br>    Defendant. | CASE NO.: 1:19-cv-01367-MEM |

**[PROPOSED] ORDER GRANTING MOTION TO DISMISS**

Upon consideration of Defendant SEIU Local 668's Motion to Dismiss Plaintiffs' First Amended Complaint, all supporting documents, any responses thereto, and all pleadings and documents submitted in this matter, it is hereby ORDERED that SEIU Local 668's Motion to Dismiss Plaintiffs' First Amended Complaint is granted pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.  The claim asserted against Defendant SEIU Local 668 is DISMISSED WITH PREJUDICE because SEIU Local 668 is not liable under 42 U.S.C. §1983 for following the law regarding fair-share fees in effect at the time it received the fair-share fees at issue in this matter.

    IT IS SO ORDERED.


Dated: _____            _____
                                                                                    Hon. Malachy E. Mannion