# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JANINE WENZIG and CATHERINE KIOUSSIS, | : |
| Plaintiffs, | : |
| v. | : CIVIL ACTION NO. 1:19-1367 |
| SERVICE EMPLOYEES INTERNATIONAL UNION LOCAL 668, | : (JUDGE MANNION) |
| Defendant | : |

## O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** The Rule 12(b)(6) motion to dismiss plaintiffs' FAC, **(Doc. 19)**, filed by SEIU, **(Doc. 25)**, is **GRANTED**.

**(2)** The plaintiffs' First Amendment claims and request for declaratory judgment in their FAC are **DISMISSED WITH PREJUDICE**.

**(3)** The clerk of court is directed to **CLOSE** this case.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: December 10, 2019**

19-1367-01-ORDER.wpd